UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LYNNANN VOORHEES,**<br><br>Plaintiff,<br><br>v.<br><br>**INDU TOLIA,** *et. al.,*<br><br>Defendants. | Civil Action No. 16-8208 (ZNQ) (LHG)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion for Summary Judgment filed by Defendants Indu Tolia and Care LLC (collectively, "Defendants") pursuant to Rule 56 of the Federal Rules of Civil Procedure.  (ECF No. 86).  For the reasons set forth in the accompanying Opinion and other good cause shown,

**IT IS** on this **31st** day of **December 2022**,

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 86) is hereby **GRANTED**; and it is further

**ORDERED** that Indu Tolia and Care LLC are hereby **DISMISSED WITH PREJUDICE**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

1